IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-35-RLV-DCK

SAN FRANCISCO TECHNOLOGY, INC.,

    Plaintiff,

v.

AERO PRODUCTS INTERNATIONAL, INC., et al.

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 406) concerning John Bannon, filed January 31, 2011. Mr. Bannon seeks to appear as counsel *pro hac vice* for Defendant Newell Rubbermaid Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Bannon is admitted to appear before this court *pro hac vice* on behalf of Defendant Newell Rubbermaid Inc.

Signed: January 31, 2011

David C. Keesler
United States Magistrate Judge