IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-35-RLV-DCK

SAN FRANCISCO TECHNOLOGY, INC.,

    Plaintiff,

v.

AERO PRODUCTS INTERNATIONAL, INC., et al.

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 407) concerning Jessica Fender, filed January 31, 2011. Ms. Fender seeks to appear as counsel *pro hac vice* for Defendant Newell Rubbermaid Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Fender is admitted to appear before this court *pro hac vice* on behalf of Defendant Newell Rubbermaid Inc.

Signed: January 31, 2011

David C. Keesler
United States Magistrate Judge